| | |
|---|---|
| 1 | FRANCIS M. GREGOREK (144785)<br>gregorek@whafh.com |
| 2 | BETSY C. MANIFOLD (182450)<br>manifold@whafh.com |
| 3 | FRANCIS A. BOTTINI, JR. (175783)<br>bottini@whafh.com |
| 4 | RACHELE R. RICKERT (190634)<br>rickert@whafh.com |
| 5 | WOLF HALDENSTEIN ADLER |
| 6 |   FREEMAN & HERZ LLP<br>Symphony Towers |
| 7 | 750 B Street, Suite 2770<br>San Diego, CA 92101 |
| 8 | Telephone: 619/239-4599<br>Facsimile:  619/234-4599 |
| 9 | |
|   | Attorneys for Plaintiffs |
| 10 | |
|    | [Additional Counsel Appear On Signature Page] |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROLYN A. GERIN and MARY KATHLEEN HUGHES, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. C 06 5407 (SBA) |
| Plaintiffs, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES, 26(f) REPORT AND CASE MANAGEMENT STATEMENT** |
| v. | ) ) | |
| AEGON USA, INC., AEGON FINANCIAL SERVICES GROUP, INC., AFSG SECURITIES CORPORATION, PFL LIFE INSURANCE COMPANY, AUSA LIFE INSURANCE COMPANY, INC., WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and BANKERS UNITED LIFE ASSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES, 26(f) REPORT, AND CASE MANAGEMENT STATEMENT -- Case No. C 06 5407 (SBA)

1   WHEREAS, this securities class action commenced on September 1, 2006;

2   WHEREAS, on September 1, 2006, the Court issued an Order Setting Initial Case
3   Management Conference and ADR Deadlines, and assigned this matter to the ADR Multi-Option
4   Program;

5   WHEREAS, the above-captioned complaint is governed by the provisions of the Private
6   Securities Litigation Reform Act ("PSLRA");

7   WHEREAS, lead plaintiff(s) and lead counsel have not yet been appointed;

8   WHEREAS, the parties previously filed a Stipulation and [Proposed] Order Granting
9   Relief From Automatic Referral to Assignment to the ADR Multi-Option Program; therefore,

10  IT IS HEREBY ORDERED as follows:

11  1.  Within sixteen (16) days after either (a) the service of all answers or (b) the entry of
12  an order denying in whole or part any motion to dismiss, whichever date first occurs, the parties
13  shall meet and confer concerning initial disclosures, early settlement and a discovery plan; and

14  2.  Within thirty (30) days after either (a) the service of all answers or (b) the entry of
15  an order denying in whole or part any motion to dismiss, whichever date first occurs, the parties
16  shall complete and serve initial disclosures or state objections in a Rule 26(f) Report and file the
17  Case Management Statement and the Rule 26(f) Report.

18  DATED: November 15, 2006         WOLF HALDENSTEIN ADLER
                                       FREEMAN & HERZ LLP
19                                   FRANCIS M. GREGOREK
                                     BETSY C. MANIFOLD
20                                   FRANCIS A. BOTTINI, JR.
                                     RACHELE R. RICKERT
21

22                                   /s/ Rachele R. Rickert
23                                   RACHELE R. RICKERT

24                                   750 B Street, Suite 2770
                                     San Diego, CA 92101
25                                   Telephone: 619/239-4599
                                     Facsimile: 619/234-4599
26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES, 26(f) REPORT, AND
CASE MANAGEMENT STATEMENT -- Case No. C 06 5407 (SBA)
- 1 -

```
                                    WOLF HALDENSTEIN ADLER
                                       FREEMAN & HERZ LLP
                                    DANIEL W. KRASNER
                                    ROBERT B. WEINTRAUB
                                    270 Madison Avenue
                                    New York, New York 10016
                                    Telephone:  212/545-4600
                                    Facsimile:  212/545-4653

                                    Attorneys for Plaintiffs

DATED: November 15, 2006            AKIN GUMP STRAUSS HAUER
                                       & FELD LLP
                                    DAVID A. JONES
                                    DANIEL MCNEEL LANE, JR


                                    _David A. Jones/RRR_____
                                    DAVID A. JONES

                                    300 Convent Street, Suite 1500
                                    San Antonio, Texas 78205
                                    Telephone:  210/281-7000
                                    Facsimile:  210/224-2035

                                    Attorneys for Defendants

                        *     *     *
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/4/06                      _____Saundra B. Armstrong_____
                                    HON. SAUNDRA B. ARMSTRONG
                                    JUDGE, UNITED STATES DISTRICT COURT

AEGON:14246.STIP

STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES, 26(f) REPORT, AND CASE MANAGEMENT STATEMENT -- Case No. C 06 5407 (SBA)