| | |
|---|---|
| 1 | WOLF HALDENSTEIN ADLER |
| |   FREEMAN & HERZ LLP |
| 2 | FRANCIS M. GREGOREK (144785) |
| | gregorek@whafh.com |
| 3 | BETSY C. MANIFOLD (182450) |
| | manifold@whafh.com |
| 4 | FRANCIS A. BOTTINI, JR. (175783) |
| | bottini@whafh.com |
| 5 | RACHELE R. RICKERT (190634) |
| | rickert@whafh.com |
| 6 | Symphony Towers |
| | 750 B Street, Suite 2770 |
| 7 | San Diego, CA 92101 |
| | Telephone: 619/239-4599 |
| 8 | Facsimile: 619/234-4599 |
| 9 | |
| | Attorneys for Plaintiffs |
| 10 | |
| | [Additional Counsel Appear On Signature Page] |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROLYN A. GERIN and MARY KATHLEEN HUGHES, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. C 06-5407 (SBA) |
|           Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM** |
| AEGON USA, INC., AEGON FINANCIAL SERVICES GROUP, INC., AFSG SECURITIES CORPORATION, PFL LIFE INSURANCE COMPANY, AUSA LIFE INSURANCE COMPANY, INC., WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and BANKERS UNITED LIFE ASSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) | |
|           Defendants. | ) ) ) ) ) | DATE: N/A<br>TIME: N/A<br>DEPT.: 3, Third Floor<br>JUDGE: The Hon. Saundra B. Armstrong |

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM - Case No. C 06-5407 (SBA)

1  WHEREAS, this shareholder securities class action was commenced on July 27, 2006;

2  WHEREAS, on September 1, 2006, the Court issued an Order Setting Initial Case
3  Management Conference and ADR Deadlines, and assigned this matter to the ADR Multi-Option
4  Program;

5  WHEREAS, counsel for all of the parties have conferred and agree that this shareholder
6  securities class action, governed by the Private Securities Litigation Reform Act, is not appropriate
7  for the ADR Multi-Option Program, and that a request to the Court for relief pursuant to ADR
8  L.R. 3-3(c) is appropriate;

9  Accordingly, pursuant to ADR L.R. 3-3(c), the parties to this action hereby stipulate, by
10 and through their counsel of record and subject to the approval of the Court, that this action should
11 be removed from the ADR Multi-Option Program.

12 DATED: November 9, 2006

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT


/s/ Rachele R. Rickert
RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
DANIEL W. KRASNER
ROBERT B. WEINTRAUB
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM - Case No. C 06-5407 (SBA)

- 1 -

| | |
|---|---|
| DATED: November 9, 2006 | AKIN, GUMP STRAUSS HAUER<br>& FELD, LLP<br>STEPHEN A. MANSFIELD<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>Telephone: 415/765-9500<br>Facsimile: 415/765-9501<br><br>AKIN GUMP STRAUSS HAUER<br>& FELD LLP<br>DANIEL MCNEEL LANE, JR<br>DAVID A. JONES<br><br>/s/ David A. Jones_____<br>DAVID A. JONES<br><br>300 Convent Street, Suite 1500<br>San Antonio, Texas 78205<br>Telephone: 210/281-7000<br>Facsimile: 210/224-2035<br><br>Attorneys for Defendants |

\*   \*   \*

### ORDER

Pursuant to the parties' stipulation and pursuant to ADR L.R. 3-3(c), it is HEREBY ORDERED that this matter is removed from the ADR Multi-Option Program.

DATED: __12-4-06_____      ___/s/ Saundra B. Armstrong_____
                                SAUNDRA B. ARMSTRONG
                                UNITED STATES DISTRICT COURT JUDGE

AEGON:14200.STIP

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM - Case No. C 06-5407 (SBA)

- 2 -

## DECLARATION OF SERVICE

I, RACHELE R. RICKERT, am the ECF User whose identification and password being used to file this Stipulation and [Proposed] Order re Relief from Automatic Referral to Assignment to ADR Multi-Option Program. In compliance with General Order 45.X.B, I hereby attest that Stephen A. Mansfield has concurred in this filing.

DATED: November 9, 2006　　　　　　　WOLF HALDENSTEIN ADLER FREEMAN
　　　　　　　　　　　　　　　　　　　　& HERZ LLP


By: _____/s/ Rachele R. Rickert_____
　　　　　　RACHELE R. RICKERT

STIPULATION AND [PROPOSED] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM - Case No. C 06-5407 (SBA)

- 3 -