UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN A. GERIN and MARY KATHLEEN HUGHES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AEGON USA, INC., AEGON FINANCIAL SERVICES GROUP, INC., AFSG SECURITIES CORPORATION, PFL LIFE INSURANCE COMPANY, AUSA LIFE INSURANCE COMPANY, INC., WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and BANKERS UNITED LIFE ASSURANCE COMPANY,<br><br>    Defendants.<br>_____ | No. C 06-5407 SBA<br><br>**ORDER** |

The Court acknowledges that it received a letter brief from Defendants on December 28, 2006 and a letter brief from Plaintiffs on January 4, 2007. The Court does not accept letter briefs. *See generally* L.R. 7-3(d).

If the parties wish to file an appropriate motion in the proper form in accordance with the local rules, they may do so.

IT IS SO ORDERED.

Dated: 1/9/07

                                                SAUNDRA BROWN ARMSTRONG
                                              United States District Judge